UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORY TAYLOR BALL,

Defendant.

Case No. 6:26-MJ-00017-HBK

ORDER GRANTING GOVERNMENT'S RULE 48(a) MOTION TO DISMISS

ORDER MOOTING MOTION TO DISMISS AND VACATING TRIAL DATE

(Docs. 12, 13)

The Government moves to dismiss this case without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (Doc.13).

Accordingly, it is ORDERED:

1. The Government's motion (Doc.13) is GRANTED, and this case is DISMISSESD without prejudice.
2. Defendant's motion to dismiss (Doc. 12) is DEEMED moot.
3. The Clerk shall VACATE all remaining deadlines, including the October 19, 2026, trial date, and CLOSE this case.

Dated: September 30, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE